appeal and appellant's points to be served and filed on or before October 25, 1962, with notice of argument for November 7, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

ROLF R. BENZIAN v. ELSA BENZIAN.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 25, 1962, with notice of argument for November 7, 1962, said appeal to be argued or submitted when reached. Motion for an order vacating the order of the Supreme Court, Bronx County, entered on the 17th day of April, 1962 denied. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

SETH GRANT, SR., v. THEODORE MORRIS.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

ROMEO STERLINI v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 25, 1962, with notice of argument for November 7, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

DANIEL P. FRENCH et al. v. LOUIS CAPUTO, as President.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of FOSTER & CHADWICK FUR CO., INC. AMERICAN FUR MERCHANTS ADJUSTMENT BUREAU, INC.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

HELENE D. STAHL v. STANLEY STAHL.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 25, 1962, with notice of argument for November 7, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

HAROLD EILEN v. HARRY SUNSHINE et al.— Motion to dismiss appeal granted, with $10 costs unless the appellant perfects his appeal for argument or submission for the first Non-Enumerated Calendar of the January 1963 Term of this court. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE ANGELET.— Motion for leave to prosecute appeal pro se granted. The appeal will be heard during the November 1962 Term of this court. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY FORD. (B) THE PEOPLE OF THE STATE OF NEW YORK v. CEASAR GOINGS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS J. MARINACCIO. (D) THE PEOPLE OF THE STATE OF NEW YORK v. HARRY REVO.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

FRANK GRASSO et al. v. PAUL PHILLIPS, as President.— Motion for a stay granted on the terms and conditions contained in the order to show cause,